218 Wanda Way
Americus GA  31709

Department: 4672431601-Macon SP-Counseling Svc
Location: 31068 Macon Oglethorpe
(illegible): Behavioral Health
Pay Rate: $1,992.47 Semimonthly

Allowances: N/A
Addl Percent: N/A
Addl Amount:

1+1

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | | | 1,992.47 | 2,000.00 | 43,165.55 |
| Annual Leave Conversion | | | 0.00 | 40.00 | 919.60 |
| EEI Employee Life Imputed Inc | | | 0.00 | | 168.30 |
| TOTAL: | | 0.00 | 1,992.47 | 2,040.00 | 44,085.15 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 62.19 | 1,418.57 |
| Fed MED/EE | 26.50 | 595.41 |
| Fed OASDI/EE | 113.31 | 2,545.90 |
| GA Withholdng | 60.55 | 1,355.35 |
| TOTAL: | 262.55 | 5,915.23 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| GSEPS 401K Savings Plan | 99.62 | 2,158.20 |
| HRA-EC | 164.86 | 1,865.13 |
| DNTL Cig SELPL-EMP+CHILD(REN) | 0.00 | 922.57 |
| FLEX Grp Term Life-4X Bcf Tax | 0.00 | 174.90 |
| BCBS VIS SEL PLS-EE+CHILD(REN) | 0.00 | 227.92 |
| TOTAL: | 264.48 | 5,348.72 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| ERS Employee Deduction | 24.91 | 539.61 |
| Garnish-Writ | 426.25 | 426.25 |
| FLEX Child Life - $20000 | 0.00 | 27.61 |
| FLEX Short Dis w/FICA 7 Day | 0.00 | 241.23 |
| TOTAL: | 451.16 | 1,234.70 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| GSRATE | 99.62 | 2,158.20 |
| ERS Employer Contribution | 508.28 | 11,011.54 |
| SHBP Employer Plan | 586.86 | 12,713.94 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,992.47 | 1,727.99 | 262.55 | 715.64 | 1,014.28 |
| YTD | 44,085.15 | 38,904.73 | 5,915.23 | 6,583.42 | 31,586.50 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000005362325 | Checking | XXXXXXXXXXXXX9466 | 80.00 |
| Advice #000000005362325 | Checking | XXXXXXXXXXXXX7178 | 934.28 |
| TOTAL: | | | 1,014.28 |

MESSAGE:

| Ga. Dept. of Corrections<br>Payroll, P.O. Box 1529<br>Forsyth GA 31029-1529 | Pay Group: SS1-Semi-Monthly Salaried<br>Pay Begin Date: 11/16/2024<br>Pay End Date: 11/30/2024 | Business Unit: 46700<br>Check #: 000000005354020<br>Check Date: 11/27/2024 |
|---|---|---|

| | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|
| Tara Latisha Hawkins<br>218 Wanda Way<br>Americus GA 31709 | Employee ID: 01124405<br>Department: 4672431601-Macon SP-Counseling Svc<br>Location: 31068 Macon Oglethorpe<br>Job Title: Behavioral Hlth Counselor 3<br>Pay Rate: $1,992.47 Semimonthly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>N/A<br>N/A | Single<br>1+1 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Earnings | | | 1,992.47 | 1,920.00 | 41,173.08 | Fed Withholdng | 67.52 | 1,356.38 |
| EEI Employee Life Imputed Inc | | | 15.30 | | 168.30 | Fed MED/EE | 27.37 | 568.91 |
| Annual Leave Conversion | | | 0.00 | 40.00 | 919.60 | Fed OASDI/EE | 117.01 | 2,432.59 |
| | | | | | | GA Withholdng | 62.99 | 1,294.80 |
| TOTAL: | | 0.00 | 1,992.47 | 1,960.00 | 42,092.68 | TOTAL: | 274.89 | 5,652.68 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| GSEPS 401K Savings Plan | 99.62 | 2,058.58 | ERS Employee Deduction | 24.91 | 514.70 | GSRATE | 99.62 | 2,058.58 |
| DNTL Cig SELPL-EMP+CHILD(REN) | 83.87 | 922.57 | FLEX Child Life - $20000 | 2.51 | 27.61 | ERS Employer Contribution | 508.28 | 10,503.26 |
| FLEX Grp Term Life-4X Bef Tax | 15.90 | 174.90 | FLEX Short Dis w/FICA 7 Day | 21.93 | 241.23 | SHBP Employer Plan | 586.86 | 12,127.08 |
| BCBS VIS SEL PLS-EE+CHILD(REN) | 20.72 | 227.92 | | | | | | |
| HRA-EC | 0.00 | 1,700.27 | | | | | | |
| TOTAL: | 220.11 | 5,084.24 | TOTAL: | 49.35 | 783.54 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,992.47 | 1,787.66 | 274.89 | 269.46 | 1,448.12 |
| YTD | 42,092.68 | 37,176.74 | 5,652.68 | 5,867.78 | 30,572.22 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000005354020 | Checking | XXXXXXXXXXXXX9466 | 80.00 |
| Advice #000000005354020 | Checking | XXXXXXXXXXXXX7178 | 1,368.12 |
| TOTAL: | | | 1,448.12 |

MESSAGE:

| | | |
|---|---|---|
| Ga. Dept. of Corrections<br>Payroll, P.O. Box 1529<br>Forsyth, GA 31029-1529 | Pay Group: SS1-Semi-Monthly Salaried<br>Pay Begin Date: 11/01/2024<br>Pay End Date: 11/15/2024 | Business Unit: 46700<br>Advice #: 000000005345467<br>Advice Date: 11/15/2024 |

| | | | |
|---|---|---|---|
| | | TAX DATA: | Federal / GA State |
| Tara Latisha Hawkins<br>218 Wanda Way<br>Americus, GA 31709 | Employee ID: 01124405<br>Department: 4672431601-Macon SP-Counseling Svc<br>Location: 31068 Macon Oglethorpe<br>Job Title: Behavioral Hlth Counselor 3<br>Pay Rate: $1,992.47 Semimonthly | Marital Status: Single / Single<br>Allowances: 0 / 1+1<br>Addl. Percent:<br>Addl. Amount: | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings | | | 1,992.47 | 1,840.00 | 39,180.61 |
| EEI Employee Life Imputed Inc | | | 0.00 | | 153.00 |
| TOTAL: | | 0.00 | 1,992.47 | 1,840.00 | 39,180.61 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 63.43 | 1,086.55 |
| Fed MED/EE | 26.65 | 528.21 |
| Fed OASDI/EE | 113.95 | 2,258.56 |
| GA Withholdng | 61.12 | 1,181.32 |
| TOTAL: | 265.15 | 5,054.64 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| GSEPS 401K Savings Plan | 99.62 | 1,958.96 |
| HRA-EC | 154.57 | 1,700.27 |
| DNTL Cig SELPL-EMP+CHILD(REN) | 0.00 | 838.70 |
| FLEX Grp Term Life-4X Bcf Tax | 0.00 | 159.00 |
| BCBS VIS SEL PLS-EE+CHILD(REN) | 0.00 | 207.20 |
| TOTAL: | 254.19 | 4,864.13 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| ERS Employee Deduction | 24.91 | 489.79 |
| FLEX Child Life - $20000 | 0.00 | 25.10 |
| FLEX Short Dis w/FICA 7 Day | 0.00 | 219.30 |
| TOTAL: | 24.91 | 734.19 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| GSRATE | 99.62 | 1,958.96 |
| ERS Employer Contribution | 508.28 | 9,994.98 |
| SHBP Employer Plan | 586.86 | 11,540.22 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,992.47 | 1,738.28 | 265.15 | 279.10 | 1,448.22 |
| YTD | 39,180.61 | 34,469.48 | 5,054.64 | 5,598.32 | 28,527.65 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| End Balance | 0.0 | 0.0 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000005345467 | Checking | 30000001109466 | 80.00 |
| | Checking | 03087178 | 1,368.22 |
| TOTAL: | | | 1,448.22 |

MESSAGE:

| Ga. Dept. of Corrections<br>Payroll, P.O. Box 1529<br>Forsyth GA 31029-1529 | Pay Group: SS1-Semi-Monthly Salaried<br>Pay Begin Date: 10/16/2024<br>Pay End Date: 10/31/2024 | Business Unit: 46700<br>Check #: 000000005338451<br>Check Date: 10/31/2024 |
|---|---|---|

| | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|
| Tara Latisha Hawkins<br>218 Wanda Way<br>Americus GA 31709 | Employee ID: 01124405<br>Department: 4672431601-Macon SP-Counseling Svc<br>Location: 31068 Macon Oglethorpe<br>Job Title: Behavioral Hlth Counselor 3<br>Pay Rate: $1,992.47 Semimonthly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>N/A<br>N/A | Single<br>1+1 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Earnings | | | 1,992.47 | 1,752.00 | 37,188.14 | Fed Withholdng | 67.52 | 1,023.12 |
| EEI Employee Life Imputed Inc | | | 15.30 | | 153.00 | Fed MED/EE | 27.36 | 501.56 |
| | | | | | | Fed OASDI/EE | 117.01 | 2,144.61 |
| | | | | | | GA Withholdng | 62.99 | 1,120.20 |
| TOTAL: | | 0.00 | 1,992.47 | 1,752.00 | 37,188.14 | TOTAL: | 274.88 | 4,789.49 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| GSEPS 401K Savings Plan | 99.62 | 1,859.34 | ERS Employee Deduction | 24.91 | 464.88 | GSRATE | 99.62 | 1,859.34 |
| DNTL Cig SELPL-EMP+CHILD(REN) | 83.87 | 838.70 | FLEX Child Life - $20000 | 2.51 | 25.10 | ERS Employer Contribution | 508.28 | 9,486.70 |
| FLEX Grp Term Life-4X Bef Tax | 15.90 | 159.00 | FLEX Short Dis w/FICA 7 Day | 21.93 | 219.30 | SHBP Employer Plan | 586.86 | 10,953.36 |
| BCBS VIS SEL PLS-EE+CHILD(REN) | 20.72 | 207.20 | | | | | | |
| HRA-EC | 0.00 | 1,545.70 | | | | | | |
| TOTAL: | 220.11 | 4,609.94 | TOTAL: | 49.35 | 709.28 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,992.47 | 1,787.66 | 274.88 | 269.46 | 1,448.13 |
| YTD | 37,188.14 | 32,731.20 | 4,789.49 | 5,319.22 | 27,079.43 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000005338451 | Checking | XXXXXXXXXXXXX9466 | 80.00 |
| Advice #000000005338451 | Checking | XXXXXXXXXXXXX7178 | 1,368.13 |
| TOTAL: | | | 1,448.13 |

MESSAGE:

| Ga. Dept. of Corrections<br>Payroll, P.O. Box 1529<br>Forsyth GA 31029-1529 | Pay Group: SS1-Semi-Monthly Salaried<br>Pay Begin Date: 10/01/2024<br>Pay End Date: 10/15/2024 | Business Unit: 46700<br>Check #: 000000005331457<br>Check Date: 10/15/2024 |
|---|---|---|

| | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|
| Tara Latisha Hawkins<br>218 Wanda Way<br>Americus GA 31709 | Employee ID: 01124405<br>Department: 4672431601-Macon SP-Counseling Svc<br>Location: 31068 Macon Oglethorpe<br>Job Title: Behavioral Hlth Counselor 3<br>Pay Rate: $1,992.47 Semimonthly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>N/A<br>N/A | Single<br>1+1 |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Earnings | | | 1,992.47 | 1,656.00 | 35,195.67 | Fed Withholdng | 63.43 | 955.60 |
| EEI Employee Life Imputed Inc | | | 0.00 | | 137.70 | Fed MED/EE | 26.65 | 474.20 |
| | | | | | | Fed OASDI/EE | 113.95 | 2,027.60 |
| | | | | | | GA Withholdng | 61.12 | 1,057.21 |
| TOTAL: | | 0.00 | 1,992.47 | 1,656.00 | 35,195.67 | TOTAL: | 265.15 | 4,514.61 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| GSEPS 401K Savings Plan | 99.62 | 1,759.72 | ERS Employee Deduction | 24.91 | 439.97 | GSRATE | 99.62 | 1,759.72 |
| HRA-EC | 154.57 | 1,545.70 | FLEX Child Life - $20000 | 0.00 | 22.59 | ERS Employer Contribution | 508.28 | 8,978.42 |
| DNTL Cig SELPL-EMP+CHILD(REN) | 0.00 | 754.83 | FLEX Short Dis w/FICA 7 Day | 0.00 | 197.37 | SHBP Employer Plan | 586.86 | 10,366.50 |
| FLEX Grp Term Life-4X Bef Tax | 0.00 | 143.10 | | | | | | |
| BCBS VIS SEL PLS-EE+CHILD(REN) | 0.00 | 186.48 | | | | | | |
| TOTAL: | 254.19 | 4,389.83 | TOTAL: | 24.91 | 659.93 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,992.47 | 1,738.28 | 265.15 | 279.10 | 1,448.22 |
| YTD | 35,195.67 | 30,943.54 | 4,514.61 | 5,049.76 | 25,631.30 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000005331457 | Checking | XXXXXXXXXXXXX9466 | 80.00 |
| Advice #000000005331457 | Checking | XXXXXXXXXXXXX7178 | 1,368.22 |
| TOTAL: | | | 1,448.22 |

MESSAGE: